IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Laughlin Products, Inc. Patent Litigation | MDL Docket No. 1498 |
| | ALL CASES |

### STIPULATION

Pursuant to paragraph 16 of Judge Baylson's Pretrial and Trial Procedures – Civil Cases, the briefing schedule for Plaintiffs' Motion for Summary Judgment on the HTS Defendants Counterclaims and Motion to Dismiss Antitrust Counterclaims is as follows:

1. Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on the HTS Defendants Counterclaims and Motion to Dismiss Antitrust Counterclaims, if any, shall be filed no later than September 24, 2004.

2. Plaintiffs' Reply brief, if any, shall be filed no later than October 1, 2004.

| | |
|---|---|
| Michael A. O'Neil, Esquire | Paul D. Weller, Esquire |
| Kevin Nash, Esquire | David W. Marston, Jr., Esquire |
| Justin Kimble, Esquire | Deborah Prisinzano Mikkelsen, Esquire |
| **MICHAEL A. O'NEIL, P.C.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 5949 Sherry Lane | 1701 Market Street |
| Suite 820 | Philadelphia, PA 19103-2921 |
| Dallas, TX 75225 | |
| | |
| Counsel for Plaintiffs | Counsel for HTS Patent Defendants |
| Dated: September 9th, 2004 | Dated: September 7, 2004 |