## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE LAUGHLIN PRODUCTS, INC.,    :    MDL Docket No. 1498
PATENT LITIGATION    :    ALL CASES

### ORDER

AND NOW, this 22nd day of October, 2004, following an unrecorded pretrial telephone conference with counsel on July 16, 2004, the Court hereby ORDERS as follows:

1.    Counsel shall continue to discuss a stipulated scheduling order and shall submit, by October 29, 2004, either an agreed-upon scheduling order or shall propose separate scheduling orders.

2.    As to Plaintiff's Motion for Summary Judgment on the HTS Defendants' Counterclaims and Motion to Dismiss Antitrust Action (Docket No. 90), Plaintiff shall respond to the Defendants' Statement of Additional Material Facts by November 1, 2004, together with a brief supporting Defendants' position that the Court should preclude any discovery as requested by Defendants. Defendants may file a short reply brief by November 8, 2004 on the issue of discovery.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL\MDL 1498 Laughlin\Laughlin Order MDL 1498 Order 10-22-04.wpd