IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Laughlin Products, Inc. Patent Litigation     :     MDL Docket No. 1498
:
:     ALL CASES

## STIPULATION OF DISMISSAL

Pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multi-District Litigation transferred to this Court for consolidated and coordinated pretrial proceedings all actions between Laughlin Products, Inc. ("LPI") and Hollywood Tanning Systems, Inc. ("HTS"), and certain of its franchisees, distributors and/or customers, including Hollywood Tans, Inc., Heartland Tanning, Inc., FALA, LLC, TNA Inc., H.T. Lansdale, Inc., Unlimited Tans of PA, LLC, Delco Tans, Inc., SAK Enterprises, Inc., Herman Pappas Ltd., Roxborough Hollywood Tans, Inc., Hollywood Tans Warminster, Inc., Szumwell, Inc., HT of Pottstown Inc., Soleil Tanning, Inc., H.T. Tans, Inc., H.T. Tans of Montgomeryville, Inc., Ultra Sun Tanning Salon of Delaware County, Inc., Hollywood Tans of Bethlehem, Morello Kidz Inc., Rose M. Pepper, Terry L. Pepper, Terra Real Estate, Inc., HT of Brooklyn, Inc., Cugia, LLC, RCV Partners, LLC, Staten Island HT Inc., HT of Hicksville, Inc., LI Tanning, LLC, Sun Chasers, LLC, J & R Shaker, LLC, 750 6th Avenue Tans, LLC, Sunseeker of Sunrise, Inc., Jacques Penny III, Inc., HT Chisholm Inc., Good Sun Inc., Buonadonna LLC, Eden Sun of Kirkwood, Inc., Sherrie Tanning, Inc., Hollywood Tans of Gaithersburg, Inc., Tans R Us Enterprises, Inc., Sunseeker of Essex, Inc., Sunseeker of Parkville, Inc., Virginia Tanning LLC, Gulli Parkin, LLC, House of Tan, Inc., TBJ Enterprises, Inc., The Malerman Group, LLC, Hoff & Associates, EPHB, LLC, and Segler Enterprises, Inc. d/b/a Darque Tan (collectively the "HTS Defendants"), as well as Alan Taylor Communications, Inc. ("Alan Taylor").

LPI, Thomas J. Laughlin, HTS, the HTS Defendants, and Alan Taylor ("the Parties"), hereby stipulate pursuant to Rule of Civil Procedure 41(a)(1) that all of the claims by LPI and Thomas J. Laughlin against HTS, the HTS Defendants, and/or Alan Taylor, and all of the claims by HTS and the HTS Defendants against LPI and/or Thomas J. Laughlin, in the Complaints and Counterclaims are hereby dismissed with prejudice. The parties shall each bear their own costs.

Michael A. O'Neil
Justin B. Kimble
MICHAEL A. O'NEIL, P.C.
5949 Sherry Lane, Suite 820
Dallas, TX 75225
(214) 739-0088

*Attorneys for Laughlin Products, Inc.
and Thomas J. Laughlin*

Paul D. Weller
Deborah Prisinzano Mikkelsen
MORGAN, LEWIS, & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-4840

*Attorneys for Hollywood Tanning Systems,
Inc. and HTS Defendants*

Peter J. Boyer
MCCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street
Suite 700
Philadelphia, PA 19103
(215) 979-3800

*Attorney for Alan Taylor Communications,
Inc.*